# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2410. CALLAWAY GARDENS RESORT, INC. et al. v. MASTERS.**

This Court previously granted Callaway Gardens Resort, Inc.'s and Ida Cason Callaway Foundation's application to file an interlocutory appeal from the trial court's order denying their motion for summary judgment. Upon consideration of the appellate record, this appeal is DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*